David Grunwald (California Bar 137155)
Attorney at Law
2029 Century Park East, Suite 4393
Los Angeles, CA 90067
P: (323)650-6088
F: (323) 622-8720

Terrence Collingsworth (*Admitted Pro Hac Vice*)
Conrad & Scherer, LLP
1156 15th St. NW, Ste. 502
Washington, D.C. 20005
P: 202-543-4001
F: 1-866-803-1125

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FLOR MARINA CHAVARRO SALDAÑA, et al., | ) ) ) ) Case No. CV 11-8957 PA (AJWx) ) |
| Plaintiffs, | ) ) |
| v. | ) **NOTICE OF APPEAL** ) ) |
| OCCIDENTAL PETROLEUM CORP., | ) ) ) ) |
| Defendant. | ) ) ) |

Notice is hereby given that Flor Marina Chavarro Saldaña, Hector Julio
Martinez Chavarro, H.N.M.C., Flor Aide Martinez Chavarro, Ana Milena Martinez

1

Chavarro, Lucy Esperanza Gonzalez Santafe, T.K.G.G., P.A.G.G., Eufrosina del Carmen Goyeneche G., Rosa Maria Ramirez Gomez, Nelson Prieto Ramirez, Mireya Prieto Ramirez, Yudith Prieto Ramirez, Maximina Chamucero de Prieto, Belsy Yasmin Solano, R.A.P.S., Jhonatan Eduardo Prieto Solano, Jazmin Alejandra Prieto Solano, and Departmental Association of Peasant Users of Arauca,  all of the Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order and judgment dismissing the case for lack of subject matter jurisdiction, entered on the 13th day of February, 2012.  Copies of the minute order granting Defendant's motion to dismiss and the ensuing judgment are attached as exhibits A and B respectively.

Respectfully submitted,

Dated: March 14, 2012

By: _____

/s/ Terrence Collingsworth
_____
TERRENCE P. COLLINGSWORTH
**CONRAD & SCHERER, LLP**

DAVID GRUNWALD
**ATTORNEY AT LAW**
*ATTORNEYS FOR PLAINTIFFS*

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and Electronic Filing Procedure IV(B), I hereby certify that on the 14th day of March, 2012, a true and correct copy of Notice of Appeal was transmitted electronically through the Court's CM/ECF electronic filing notice system to the following counsel of record:

MATTHEW KLINE
mkline@omm.com
JONATHAN HACKER
jhacker@omm.com
ANTON METLITSKY
ametlitsky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035

/s/ Terrence Collingsworth

_____

Terrence P. Collingsworth

3