JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR MARINA CHAVARRO SALDAÑA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCCIDENTAL PETROLEUM CORP., <br><br> Defendant. | CV 11-8957 PA (AJWx) <br><br> AMENDED JUDGMENT |

Pursuant to the Court's February 13, 2012 Minute Order granting the Motion to Dismiss filed by defendant Occidental Petroleum Corp.,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint filed by plaintiffs Flor Marina Chavarro Saldaña, Hector Julio Martinez Chavarro, H.N.M.C., Flor Aide Martinez Chavarro, Ana Milena Martinez Chavarro, Lucy Esperanza Gonzalez Santafe, T.K.G.G., P.A.G.G., Eufrosina del Carmen Goyeneche G., Rosa Maria Ramirez Gomez, Nelson Prieto Ramirez, Mireya Prieto Ramirez, Yudith Prieto Ramirez, Maximina Chamucero de Prieto, Belsy Yasmin Solano, R.A.P.S., J.E.P.S., Jazmin Alejandra Prieto Solano, and Departmental Association of Peasant Users of Arauca (collectively "Plaintiffs") is dismissed for lack of subject matter jurisdiction.

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take
2 nothing and that defendant Occidental Petroleum Corp. shall have its costs of suit.
3    IT IS SO ORDERED.
4
5 DATED: February 13, 2012              _____
                                            Percy Anderson
6                                       UNITED STATES DISTRICT JUDGE